PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 23 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        McVay, Gordon Lee              Docket No.       0980 2:02CR00133-WFN-1

## Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gordon Lee McVay, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Wm. Fremming Nielsen sitting in the Court at Spokane, Washington, on the 7 day of March 2016, under the following conditions:

<u>Condition #7</u>: Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by physician.

<u>Condition #16</u>: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, up to 6 times per month, including Breathalyzer testing, as directed by the supervising probation officer.

<u>Condition #3</u>: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation 1 and 2</u>: The defendant is alleged to be in violation of his pretrial release by using, marijuana and amphetamines on or about March 16, 2016, and/or sometime after his release from federal custody on March 7, 2016. He provided a urinalysis sample on March 16, 2016, that was presumptive positive for methamphetamine and marijuana. The laboratory results received on March 22, 2016, confirmed the sample was positive for amphetamines and marijuana metabolites.

<u>Violation 3</u>: The defendant, on March 21, 2016, called this officer and confirmed he spent the night with "an old friend." He refused to provide this officer with the address of where he spent the night.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2016

by     s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/23/16
Date