# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.      McVay, Gordon Lee      Docket No.      0980 2:02CR00133-WFN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gordon Lee McVay, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Wm. Fremming Nielsen sitting in the court at Spokane, Washington, on the 7th day of March 2016 under the following conditions:

**Condition #16**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, up to 6 times per month, including Breathalyzer testing, as directed by the supervising probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4**: The defendant admitted and signed an admission form confirming he is in violation of his pretrial release by using, marijuana on March 30, 2016, and methamphetamine in March 28, 2016.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   April 4, 2016

by   s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

April 5, 2016
_____
Date